STATE OF CONNECTICUT *v.* JAMES MURPHY

The motion by the defendant in the appeal from the Superior Court in Fairfield County to vacate or modify an order fixing bail at $50,000 is denied.

*Samuel Gruber* and *Theodore I. Koskoff,* in support of the motion.

Submitted November 3—decided November 10, 1970

PATRICIA A. TOUGH *v.* HOWARD S. IVES, HIGHWAY COMMISSIONER

As to the "Plaintiff's Motion For Ruling By This Court On Order In Which Parties Shall File Appeal Briefs" in the appeal from the Superior Court in Hartford County, the defendant shall be considered the appellant and the filing of briefs shall be pursuant to Practice Book § 724 provided, however, that the plaintiff's brief on the cross appeal shall embrace any issues on her appeal from the judgment on demurrer sustained and each party shall be entitled to the customary reply brief.

*Charles G. Albom,* in support of the motion.

*Robert L. Trowbridge* and *Paige J. Everin,* assistant attorney general, in opposition.